THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CALVIN T. DUNBAR, JR.,<br><br>Defendant. | NO. CR16-206-RSL<br><br>ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE<br><br>~~(PROPOSED)~~ |

This matter having come before the Court on the Defendant's Motion for Early Termination of Supervised Release the Court having reviewed the motion, defense counsel's declaration in support of the motion, and the records and files herein,

THE COURT FINDS, pursuant to 18 U.S.C. § 3583(e), that early termination of Mr. Dunbar's supervised release is warranted by the conduct of Mr. Dunbar and in the interests of justice;

IT IS FURTHER ORDERED that the term of supervised release for Mr. Dunbar shall be terminated, effective immediately.

The Clerk of the Court is directed to send copies of this order to all counsel of record, and to the United States Probation Office.

ORDER GRANTING MOTION
FOR EARLY TERMINATION OF
SUPERVISED RELEASE
(*Calvin T. Dunbar*; CR16-206RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1  IT IS SO ORDERED.

2  DONE this 20th day of November, 2018.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Gregory Geist*
Assistant Federal Public Defender
Attorney for Calvin T. Dunbar
Office of the Federal Public Defender

ORDER GRANTING MOTION
FOR EARLY TERMINATION OF
SUPERVISED RELEASE
(*Calvin T. Dunbar*; CR16-206RSL) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100